## 24135. PRATHER v. THE STATE.

DUCKWORTH, Chief Justice. The constitutional attack upon *Code* § 26-2603, as amended (Ga. L. 1963, p. 295; 1965, p. 295; 1965, p. 504; 1966, pp. 555, 556) which would give this court jurisdiction of this appeal is no longer in the case upon the acquittal of the accused of this crime; hence this case must be transferred to the Court of Appeals since it no longer involves a question of the constitutionality of a statute but only the question of application of criminal procedures and related issues not involving a capital felony. *Dixon v. State*, 207 Ga. 192 (60 SE2d 439); *Robinson v. State*, 209 Ga. 48 (70 SE2d 514); *Giles v. State*, 212 Ga. 465 (93 SE2d 739); *Waller v. Conner*, 218 Ga. 633 (129 SE2d 845).

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED JUNE 13, 1967—DECIDED JUNE 22, 1967.

*Howard Moore, Jr.*, for appellant.

432

*Lewis R. Slaton, Solicitor General, J. Walter LeCraw, Paul Ginsberg, Amber W. Anderson,* for appellee.